AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | | |
|---|---|---|
| THOMAS DIETZEL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>DEALSTRUCK CAPITAL LLC,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  25-CV-22160 BECERRA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DEALSTRUCK CAPITAL LLC,
c/o: Ben Tanner
4014 Chase Ave, Ste #201
Miami Beach, FL 33140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Gold, Esq.
Gold Law, PA
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
305-900-4653
chris@chrisgoldlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   May 12, 2025



**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court