UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-CV-22160-JB

**THOMAS DIETZEL**, individually and on behalf of all others similarly situated,

      Plaintiff,

v.

**DEALSTRUCK CAPITAL LLC**,

      Defendant.

## DEFENDANT DEALSTRUCK CAPITAL LLC'S CORPORATE DISCLOSURE STATEMENT/CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Dealstruck Capital, LLC ("Dealstruck"), respectfully submits this Corporate Disclosure Statement and states that no publicly held company owns ten percent or more of the membership interests of Dealstruck.

Pursuant to this Court's Orders, ECF No. 4 and 12, Dealstruck discloses the following complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party, which are currently known to Dealstruck:

1. Thomas Dietzel, Plaintiff

2. Christopher Gold, Esq., of Gold Law, P.A. – Counsel for Plaintiff

3. Gold Law, P.A. – Counsel for Plaintiff

4. Garrett Berg, Esq., of Garrett Berg Law, P.A. – Counsel for Plaintiff

5. Garrett Berg Law, P.A. – Counsel for Plaintiff

6. Dealstruck Capital, LLC., Defendant

7. Jenniffer Cabrera of Troutman Amin, LLP. – Counsel for Defendant

8. Troutman Amin, LLP. – Counsel for Defendant

This 16th day of June 2025.  Respectfully submitted,

**_TROUTMAN AMIN, LLP_**

<u>/s/Jenniffer Cabrera</u>
Jenniffer Cabrera
Florida Bar No. 1034545
1825 NW Corporate Blvd, Ste. 100
Boca Raton, Florida 33431
Phone: 561-834-0883
jenniffer@troutmanamin.com
*Counsel for Defendant Dealstruck Capital, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within with the Clerk of Court using the CM-ECF System which will automatically send e-mail notification of such filing to the following counsel of record:

**Christopher Chagas Gold**
Gold Law, PA
Gold Law, P.A.
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
561-789-4413
Email: chris@chrisgoldlaw.com

This 16th day of June 2025.

*TROUTMAN AMIN, LLP*

*/s/Jenniffer Cabrera*
Jenniffer Cabrera
Florida Bar No. 1034545
1825 NW Corporate Blvd, Ste. 100
Boca Raton, Florida 33431
Phone: 561-834-0883
jenniffer@troutmanamin.com
*Counsel for Defendant Dealstruck Capital, LLC.*