UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THOMAS DIETZEL, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>DEALSTRUCK CAPITAL LLC,<br>         Defendant. | Case No. 1:25-cv-22160-JB |

**NOTICE OF SETTLEMENT**

Plaintiff, Thomas Dietzel, by and through undersigned counsel, hereby submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal document with the Court.

Dated: June 27, 2025

Respectfully submitted,

*/s/ Christopher Gold*
Christopher Gold
Florida Bar No. 088733
GOLD LAW, PA
350 Lincoln Rd., 2nd Floor
Miami Beach FL 33139
Tel: 305-900-4653
chris@chrisgoldlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 27, 2025, a true and correct copy of the foregoing document, and all accompanying documents, was filed through the Court's Electronic Case Filing (ECF) system, which automatically served a copy on all counsel of record via their registered email addresses.

                                            */s/ Christopher Gold*
                                            Christopher Gold