UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-22160-JB

THOMAS DIETZEL,

    Plaintiff,

v.

DEALSTRUCK CAPITAL LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal (the "Notice"), ECF No. [16], in which Plaintiff requests that the Court enter an Order dismissing Plaintiff's individual claims with prejudice and dismissing the claims of the putative class without prejudice. Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's individual claims are **DISMISSED WITH PREJUDICE**, and the claims of the putative class are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 24th day of July, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**